UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2006 JUL 13 AM 9: 32
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| THOMAS JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV406-124 |
| ) | |
| AL ST. LAWRENCE, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

Petitioner has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Doc. 1. Petitioner failed to complete the form § 2254 application. On May 30, 2006, the Court ordered plaintiff to submit an amended petition, *legibly* completing every question and blank on the form that applied to him. Doc. 3. The Court gave petitioner thirty days from the date of the Order to amend. Petitioner has not timely filed an amended petition or any other document with the Court. As it appears that petitioner no longer wishes to pursue his § 2254 petition, this action should be **DISMISSED**.

SO REPORTED AND RECOMMENDED this 12Th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA